# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2636 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 109 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 206668 |
| | : | |
| ERIKA ROXANNE GROVES, | : | (Lawrence County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of August, 2019, upon consideration of the Recommendation of the Disciplinary Board, Erika Roxanne Groves is placed on temporary suspension until further action by this Court. *See* Pa.R.D.E. 208(f)(5). She shall comply with the provisions of Pa.R.D.E. 217.

    Respondent's rights to petition for dissolution or amendment of this Order and to request accelerated disposition of charges underlying this order are specifically preserved. *See* Pa.R.D.E. 208(f)(4) and (f)(6).

    The Order constitutes an imposition of public discipline with the meaning of Pa.R.D.E. 402, pertaining to confidentiality.